# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **Gerald C. Nanninga,** | **Case File No. 04-882-MJD/JSM** |
| **Plaintiff,** | |
| v. | |
| | **ORDER** |
| **Best Buy Company, Inc.,** | |
| **Defendant.** | |

Based upon the stipulation of the parties, **IT IS HEREBY ORDERED** that all claims in the above-captioned matter are **DISMISSED with prejudice**, without an award of costs or fees to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 11th day of July, 2006.

                                         **BY THE COURT:**

                                         S / Michael J. Davis
                                         The Honorable Michael J. Davis
                                         United States District Judge